**BROADCASTER SERVICE AGREEMENT**

ExclusiveLiveLeads.com
5645 Coral Ridge Rd. Suite 128, Coral Springs, FL 33076
Ph#. 877-554-8545 / fax 954-343-5258

Exclusiveliveleads.com/MSB Consultants, Inc("Broadcaster " ) is authorized to distribute calls on behalf of:

**Client:** Health Coverage One

**Address:** 1525 NW 167th St **Telephone:** 954/683 2704

**City:** Miami Gardens **State:** Fl **Zip:** 33169 **E-Mail:** pmwoperations@gmail.com

| *Calls will be made to phone numbers decided upon by client at a Rate of :* |
| --- |
| 230 Live Transfers $750 Total |

**CONDITIONS:**

Broadcaster, its affiliates, distributors and their respective officer, directors, agents, employees, suppliers, and shareholders ( Collectively, the "Broadcast Entities" ) shall not be liable and are not responsible for any loss or damage Client suffers, or any party claiming through or under Client, as a result of, or related to, the use of the service including, but not limited to: any indirect, incidental, special, punitive, or consequential damages, resulting from or relating in any way to the use of the service even if the Broadcaster Entities have been advised of the possibilities of such damages. Client agrees to indemnify and hold Broadcaster Entities harmless from any and all claims, losses, damages, judgments, expenses, and costs (including any attorney's fees and expenses) arising out of the use of the service or the infringement of any trademark or copyright. Broadcaster Entities make no express or implied representations or warranties of merchant-ability, fitness for a particular purpose, legal compliance, or non-infringement. Broadcaster Entities do not authorize anyone to make any warranties on the company's behalf and Client may not rely on any statement of warranty as a warranty by Broadcaster Entities. Client will not utilize the service in a manner which results in violation of any law, rule or regulation. Client bears full responsibility for compliance with all state and federal laws regarding the content of their messages(s). Client certifies messages(s) used will be in compliance with 47 U.S.C § 227 or certifies exemption from its requirements. Client acknowledges that Broadcaster is a common carrier as defined in 47 U.S.C § 153 hired to distribute messages on behalf of the client. Client understands the Telemarketing Sales Rules ("TSR") as provided by the Federal Trade Commission ("FTC"). Client agrees to maintain its own Subscription Account Number (SAN) with the FTC if necessary. Client certifies message(s) used and Caller ID displayed will comply with all legal requirements. Client ensures compliance with the FTC's identification requirements and agrees to maintain a Do-Not-Call policy as required by law. Client certifies message(s) used will not result in or intended to result in the sale or lease of goods or services to any California consumer in violation of California civil code § 1770. Client certifies compliance with California Business & Professions Code § 17511 et seq. or exempted there from. Client certifies compliance with California Business & Professions code § 17500.3. Client agrees to maintain an agent for service of process if required by the State of California. Client acknowledges the Broadcaster has no obligation to screen, preview, or monitor content of message(s). Broadcaster retains the right to display scripts and recordings used to other prospective Clients. Client understands example messages displayed are not for actual use. Clients selecting an example for actual use do so at their own risk, on their own initiative and are responsible for compliance with all applicable laws. Broadcaster may disclose to a third part any investigation or compliant regarding Client's use of the Service. Client agrees to pay all reasonable collection and/or attorney's fees. Broadcaster is authorized to debit Clients bank account via check draft or Electronic Funds Transfer ("EFT") for any unpaid balance. The individual(s) signing this agreement personally guarantee all payments, debts, obligations and liabilities incurred under this agreement. Broadcaster is authorized to process any check payment(s) received an EFT. Broadcaster entities shall be held harmless in the event calls cannot be affected for any reason. Service is provided on an "as is "and "as available "basis. Broadcaster reserves the right to cancel any scheduled campaign anytime. Should a scheduled campaign be canceled for any reason by the Broadcaster the limit of liability is the refund of the percentage of any remaining unearned revenue for that particular broadcast or show no activity for over (15) days without prior written approval from Broadcaster are subject to immediate cancellation with no refund. Client agrees to appropriately inform their staff and all incoming callers that calls may be recorded or monitored. Client agrees the total liability under ANY circumstances of Broadcaster Entities here under shall not exceed $1000 (One Thousand Dollars) or the amount actually paid by the Client under this agreement whichever is less. Any controversy or claim arising out of or relating to this agreement shall be settled by binding arbitration in accordance with the Commercial Arbitration Rules of the American Arbitration Association. The place of arbitration shall be Fort Lauderdale, Florida and shall be governed in all respects by the laws for the State of Florida without regard to its conflict of law provisions. Should any part of this Agreement be declared invalid, the remaining portions shall remain in full force and effect as if the Agreement had been executed with the invalid portion eliminated. Failure of Broadcaster to exercise any right under this agreement shall not constitute a waiver of such right. This agreement is the final, complete, enter, and exclusive agreement between Broadcaster and Client with respect to the subject matter hereof, and supersede and prior communications, oral or written, with respect to the subject matter hereof. No modification of, or amendment to this Agreement, nor any waiver of any rights under this Agreement, will be effective unless in writing and signed by both parties. By signing this agreement, the client personally guarantees the service and will be responsible personally for any NSF, charge backs or any other debt occurred. Exclusiveliveleads.com has a no-return cancellation policy. Once you submit your order, all sales are final. We always work with our customers to ensure their campaigns are successful. Exclusiveliveleads.com does not guarantee any type of closing ratios. While our service works for most industries, we will not be held responsible if your campaign does not perform. If you have any questions or concerns about your bill, please contact us at info@exclusiveliveleads.com.

Client Name: Salman Hussain

Client Signature: [signature] Date: 7/31/18