| call_date | phone_number_dialed | status | user | full_name | campaign_id | vendor_lead_code | source_id | list_id | gmt_offset_now | phone_code | phone_number | title | first_name | middle_initial | last_name | address1 | address2 | address3 | city | state |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/12/2018 15:55 | 916[redacted] | B | Agent14 | Agent 14 | INBOUND | 9513360375 | VDCL | 999 | -7 | 1 | 916[redacted] | | | | | | | | | |
| 12/12/2018 17:32 | 916[redacted] | B | Agent14 | Agent 14 | INBOUND | 9513360375 | VDCL | 999 | -7 | 1 | 916[redacted] | | | | | | | | | |
| 12/12/2018 18:55 | 407[redacted] | A | Agent14 | Agent 14 | INBOUND | 9513360375 | VDCL | 999 | -4 | 1 | 407[redacted] | | | | | | | | | |
| 12/12/2018 19:53 | 337[redacted] | A | Agent14 | Agent 14 | INBOUND | 9513360375 | VDCL | 999 | -5 | 1 | 337[redacted] | | | | | | | | | |
| 12/12/2018 19:59 | 678[redacted] | A | Agent14 | Agent 14 | INBOUND | 9513360375 | VDCL | 999 | -4 | 1 | 678[redacted] | | | | | | | | | |
| 12/12/2018 20:00 | 678[redacted] | A | Agent14 | Agent 14 | INBOUND | 9513360375 | VDCL | 999 | -4 | 1 | 678[redacted] | | | | | | | | | |
| 12/12/2018 20:29 | 727[redacted] | A | Agent14 | Agent 14 | INBOUND | 9513360375 | VDCL | 999 | -4 | 1 | 727[redacted] | | | | | | | | | |
| 12/12/2018 20:31 | 727[redacted] | A | Agent14 | Agent 14 | INBOUND | 9513360375 | VDCL | 999 | -4 | 1 | 727[redacted] | | | | | | | | | |
| 12/12/2018 20:36 | 615[redacted] | A | Agent14 | Agent 14 | INBOUND | 9513360375 | VDCL | 999 | -5 | 1 | 615[redacted] | | | | | | | | | |
| 12/12/2018 20:50 | 208[redacted] | DNC | Agent14 | Agent 14 | INBOUND | 9513360375 | VDCL | 999 | -6 | 1 | 208[redacted] | | | | | | | | | |

First Ten Rows of Data from Hussain's "EXPORT_CALL_REPORT_20190617-152744.txt" Production

| province | postal_code | country_code | gender | date_of_birth | alt_phone | email | security_phrase | comments | length_in_sec | user_group | alt_dial | rank | owner | lead_id | list_name | list_description | status_name |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | U | 0000-00-00 | | | InboundIG | 1916[redacted] | 33 | ADMIN | MANUAL | 0 | | 6611 | Default inbound list | | Busy |
| | | | U | 0000-00-00 | | | InboundIG | 1916[redacted] | 395 | ADMIN | MANUAL | 0 | | 6611 | Default inbound list | | Busy |
| | | | U | 0000-00-00 | | | InboundIG | 1407[redacted] | 75 | ADMIN | MANUAL | 0 | | 8334 | Default inbound list | | Answering Machine |
| | | | U | 0000-00-00 | | | InboundIG | 1337[redacted] | 28 | ADMIN | MANUAL | 0 | | 8562 | Default inbound list | | Answering Machine |
| | | | U | 0000-00-00 | | | InboundIG | 1678[redacted] | 7 | ADMIN | MANUAL | 0 | | 8595 | Default inbound list | | Answering Machine |
| | | | U | 0000-00-00 | | | InboundIG | 1678[redacted] | 28 | ADMIN | MANUAL | 0 | | 8595 | Default inbound list | | Answering Machine |
| | | | U | 0000-00-00 | | | InboundIG | 1727[redacted] | 33 | ADMIN | MANUAL | 0 | | 8655 | Default inbound list | | Answering Machine |
| | | | U | 0000-00-00 | | | InboundIG | 1727[redacted] | 8 | ADMIN | MANUAL | 0 | | 8655 | Default inbound list | | Answering Machine |
| | | | U | 0000-00-00 | | | InboundIG | 1615[redacted] !NFAM / 4!NNOT INS / | 14 | ADMIN | MANUAL | 0 | | 8689 | Default inbound list | | Answering Machine |
| | | | U | 0000-00-00 | | | InboundIG | 1208[redacted] | 18 | ADMIN | MANUAL | 0 | | 8837 | Default inbound list | | DO NOT CALL |

First Ten Rows of Data from Hussain's "EXPORT_CALL_REPORT_20190617-152744.txt" Production