| | |
|---|---|
| **From:** | Alexander Burke <aburke@burkelawllc.com> |
| **Sent:** | Friday, September 18, 2020 5:40 PM |
| **To:** | Dan Marovitch |
| **Subject:** | Fwd: SERVICE OF COURT DOCUMENTS; MARY BILEK V. SALMAN HUSSAIN, ET AL.; CASE NO: 1:19-CV-07739 |

Alex Burke

Burke Law Offices, LLC
909 Davis Street, Suite 500
Evanston, IL 60201
(312)729-5288
ABurke@BurkeLawLLC.com

Begin forwarded message:

**From:** Jacob Resnick <jacob@mavricklaw.com>
**Date:** September 18, 2020 at 12:46:32 PM CDT
**To:** Alexander Burke <ABurke@burkelawllc.com>
**Subject: Re: SERVICE OF COURT DOCUMENTS; MARY BILEK V. SALMAN HUSSAIN, ET AL.; CASE NO: 1:19-CV-07739**

Alex,

I conferred with client regarding the discovery issues you raised during our meet and confer conference. I received the following information:

1. My client confirmed he does not possess any screen shots for the VickiBox software, therefore he cannot produce any screenshots.
2. The main method of communicating in writing with MSB was email. The employee who communicated with MSB was Michael Chakchakov and his email address is agentmikec@gmail.com. My client does not have access to this email account and Mr. Chakchakov is deceased. While MSB provided SSS Total Funding with access to a portal to view some call information, my client no longer has access to the portal because MSB discontinued access.
3. Health Coverage One did business as SSS Total Funding. Mr. Hussain is not aware of any other entity doing business as Health Coverage One.

---

**From:** Alexander Burke <ABurke@burkelawllc.com>
**Sent:** Thursday, September 17, 2020 12:04 PM
**To:** Jacob Resnick <jacob@mavricklaw.com>; Dan Marovitch <dmarovitch@burkelawllc.com>
**Cc:** Peter Mavrick <peter@mavricklaw.com>; Legal Assistant <legalassistant@mavricklaw.com>
**Subject:** RE: SERVICE OF COURT DOCUMENTS; MARY BILEK V. SALMAN HUSSAIN, ET AL.; CASE NO: 1:19-CV-07739

Jacob,

Following up on these responses.

Alex

**BURKE LAW OFFICES, LLC**
909 Davis Street, Suite 500
Evanston, IL 60201
(312) 729-5288
ABurke@BurkeLawLLC.com

This message is intended for the named recipients only. It may contain information protected by the attorney-client or work-product privilege. If you have received this email in error, please notify the sender immediately by replying to this email. Please do not disclose this message to anyone and delete the message and any attachments. Thank you.

---

**From:** Jacob Resnick <jacob@mavricklaw.com>
**Sent:** Wednesday, September 16, 2020 4:30 PM
**To:** Alexander Burke <aburke@burkelawllc.com>; Dan Marovitch <dmarovitch@burkelawllc.com>
**Cc:** Peter Mavrick <peter@mavricklaw.com>; Legal Assistant <legalassistant@mavricklaw.com>
**Subject:** Re: SERVICE OF COURT DOCUMENTS; MARY BILEK V. SALMAN HUSSAIN, ET AL.; CASE NO: 1:19-CV-07739

I anticipate providing responses tomorrow.

---

**From:** Alexander Burke <ABurke@burkelawllc.com>
**Sent:** Wednesday, September 16, 2020 11:31 AM
**To:** Jacob Resnick <jacob@mavricklaw.com>; Dan Marovitch <dmarovitch@burkelawllc.com>
**Cc:** Peter Mavrick <peter@mavricklaw.com>; Legal Assistant <legalassistant@mavricklaw.com>
**Subject:** RE: SERVICE OF COURT DOCUMENTS; MARY BILEK V. SALMAN HUSSAIN, ET AL.; CASE NO: 1:19-CV-07739

Jacob,

We did not receive a production or revised responses from you yesterday, as agreed.

What is the status of the production?

Alex

**BURKE LAW OFFICES, LLC**
909 Davis Street, Suite 500
Evanston, IL 60201
(312) 729-5288
ABurke@BurkeLawLLC.com

This message is intended for the named recipients only. It may contain information protected by the attorney-client or work-product privilege. If you have received this email in error, please notify the

sender immediately by replying to this email. Please do not disclose this message to anyone and delete the message and any attachments. Thank you.

---

**From:** Jacob Resnick <jacob@mavricklaw.com>
**Sent:** Tuesday, September 8, 2020 8:48 AM
**To:** Alexander Burke <aburke@burkelawllc.com>; Dan Marovitch <dmarovitch@burkelawllc.com>
**Cc:** Peter Mavrick <peter@mavricklaw.com>; Legal Assistant <legalassistant@mavricklaw.com>
**Subject:** Re: SERVICE OF COURT DOCUMENTS; MARY BILEK V. SALMAN HUSSAIN, ET AL.; CASE NO: 1:19-CV-07739

Alex,

My understanding is that the portal was created by MSB and that MSB revoked access to the portal some time ago. It is also my understanding that my client does not have access to the portal and does not have the ability to preserve any information contained within the portal. I will however confirm this information and revert.

In addition, can we extend the September 10th date to September 15. When we spoke last I did not realize I was on vacation this week.

---

**From:** Alexander Burke <ABurke@burkelawllc.com>
**Sent:** Thursday, September 3, 2020 6:55 PM
**To:** Jacob Resnick <jacob@mavricklaw.com>; Dan Marovitch <dmarovitch@burkelawllc.com>
**Cc:** Peter Mavrick <peter@mavricklaw.com>; Legal Assistant <legalassistant@mavricklaw.com>
**Subject:** RE: SERVICE OF COURT DOCUMENTS; MARY BILEK V. SALMAN HUSSAIN, ET AL.; CASE NO: 1:19-CV-07739

Jacob,

I apologize for these seriatim emails, but I just noticed another discrepancy that we'd like your client to please investigate and supplement about.

We issued requests asking about any sort of portal(s) associated with lead generation or telemarketing, including for example document request 4. Request 6 asked for communications and documents concerning MSB.

We received the attached chat history from MSB, which shows substantial communication. We also see that, as part of this chat, there is reference to a login and password and an "account." We also see reference to text messages having been sent.

Please ensure that all related materials have been preserved, and supplement all responses to accurately reflect the existing documents by Thursday September 10.

Alex Burke

**BURKE LAW OFFICES, LLC**
909 Davis Street, Suite 500
Evanston, IL 60201

(312) 729-5288
ABurke@BurkeLawLLC.com

This message is intended for the named recipients only. It may contain information protected by the attorney-client or work-product privilege. If you have received this email in error, please notify the sender immediately by replying to this email. Please do not disclose this message to anyone and delete the message and any attachments. Thank you.

---

**From:** Alexander Burke <ABurke@BurkeLawLLC.com>
**Sent:** Thursday, September 3, 2020 4:55 PM
**To:** 'Jacob Resnick' <jacob@mavricklaw.com>; Dan Marovitch <dmarovitch@burkelawllc.com>
**Cc:** 'Peter Mavrick' <peter@mavricklaw.com>; 'Legal Assistant' <legalassistant@mavricklaw.com>
**Subject:** RE: SERVICE OF COURT DOCUMENTS; MARY BILEK V. SALMAN HUSSAIN, ET AL.; CASE NO: 1:19-CV-07739

Jacob,

Thanks for meeting and conferring with us this afternoon as to Hussain's discovery responses. We went through each and every request on the phone.

Reviewing the materials, it appears that defendant was working with US Health Group in making these sales calls.  Please produce all responsive documents concerning US Health Group, as well as Federal Insurance Company and any other insurance companies whose policies were being sold during these calls. If it is true that there exist zero responsive documents, please tell us as soon as possible.

As agreed, please provide any updated responses or materials by next Thursday, September 10, 2020.

Alex

**BURKE LAW OFFICES, LLC**
909 Davis Street, Suite 500
Evanston, IL 60201
(312) 729-5288
ABurke@BurkeLawLLC.com

This message is intended for the named recipients only. It may contain information protected by the attorney-client or work-product privilege. If you have received this email in error, please notify the sender immediately by replying to this email. Please do not disclose this message to anyone and delete the message and any attachments. Thank you.

---

**From:** Jacob Resnick <jacob@mavricklaw.com>
**Sent:** Tuesday, September 1, 2020 3:41 PM
**To:** Alexander Burke <aburke@burkelawllc.com>; Dan Marovitch <dmarovitch@burkelawllc.com>
**Cc:** Peter Mavrick <peter@mavricklaw.com>; Legal Assistant <legalassistant@mavricklaw.com>
**Subject:** Re: SERVICE OF COURT DOCUMENTS; MARY BILEK V. SALMAN HUSSAIN, ET AL.; CASE NO: 1:19-CV-07739

My pleasure. Speak to you then.

---

**From:** Alexander Burke <ABurke@burkelawllc.com>
**Sent:** Tuesday, September 1, 2020 4:34 PM
**To:** Jacob Resnick <jacob@mavricklaw.com>; Dan Marovitch <dmarovitch@burkelawllc.com>
**Cc:** Peter Mavrick <peter@mavricklaw.com>; Legal Assistant <legalassistant@mavricklaw.com>
**Subject:** RE: SERVICE OF COURT DOCUMENTS; MARY BILEK V. SALMAN HUSSAIN, ET AL.; CASE NO: 1:19-CV-07739

Jacob,

Thanks for agreeing to postpone this call to this Thursday, September 3, at 3:00 eastern (2:00 central).

605-313-4802
Code: 338306

Alex

**BURKE LAW OFFICES, LLC**
909 Davis Street, Suite 500
Evanston, IL 60201
(312) 729-5288
ABurke@BurkeLawLLC.com

This message is intended for the named recipients only. It may contain information protected by the attorney-client or work-product privilege. If you have received this email in error, please notify the sender immediately by replying to this email. Please do not disclose this message to anyone and delete the message and any attachments. Thank you.

---

**From:** Jacob Resnick <jacob@mavricklaw.com>
**Sent:** Friday, August 28, 2020 1:47 PM
**To:** Alexander Burke <aburke@burkelawllc.com>; Dan Marovitch <dmarovitch@burkelawllc.com>
**Cc:** Peter Mavrick <peter@mavricklaw.com>; Legal Assistant <legalassistant@mavricklaw.com>
**Subject:** Re: SERVICE OF COURT DOCUMENTS; MARY BILEK V. SALMAN HUSSAIN, ET AL.; CASE NO: 1:19-CV-07739

4 eastern works.

---

**From:** Alexander Burke <ABurke@burkelawllc.com>
**Sent:** Friday, August 28, 2020 10:12 AM
**To:** Jacob Resnick <jacob@mavricklaw.com>; Dan Marovitch <dmarovitch@burkelawllc.com>
**Cc:** Peter Mavrick <peter@mavricklaw.com>; Legal Assistant <legalassistant@mavricklaw.com>
**Subject:** RE: SERVICE OF COURT DOCUMENTS; MARY BILEK V. SALMAN HUSSAIN, ET AL.; CASE NO: 1:19-CV-07739

Thanks, Jacob.

September 1 works. How about 4:00 eastern?

605-313-4802
Code: 338306

Alex

**BURKE LAW OFFICES, LLC**
909 Davis Street, Suite 500
Evanston, IL 60201
(312) 729-5288
ABurke@BurkeLawLLC.com

This message is intended for the named recipients only. It may contain information protected by the attorney-client or work-product privilege. If you have received this email in error, please notify the sender immediately by replying to this email. Please do not disclose this message to anyone and delete the message and any attachments. Thank you.

---

**From:** Jacob Resnick <jacob@mavricklaw.com>
**Sent:** Thursday, August 27, 2020 2:23 PM
**To:** aburke@burkelawllc.com; 'Dan Marovitch' <dmarovitch@burkelawllc.com>
**Cc:** Peter Mavrick <peter@mavricklaw.com>; Legal Assistant <legalassistant@mavricklaw.com>
**Subject:** Re: SERVICE OF COURT DOCUMENTS; MARY BILEK V. SALMAN HUSSAIN, ET AL.; CASE NO: 1:19-CV-07739

Good afternoon Alex,

I did not see your email sent yesterday because it was in my junk folder. I cannot meet today, but I am available all day on September 1.

---

**From:** aburke@burkelawllc.com <aburke@burkelawllc.com>
**Sent:** Thursday, August 27, 2020 3:16 PM
**To:** Legal Assistant <legalassistant@mavricklaw.com>; 'Dan Marovitch' <dmarovitch@burkelawllc.com>
**Cc:** Peter Mavrick <peter@mavricklaw.com>; Jacob Resnick <jacob@mavricklaw.com>
**Subject:** RE: SERVICE OF COURT DOCUMENTS; MARY BILEK V. SALMAN HUSSAIN, ET AL.; CASE NO: 1:19-CV-07739

Jacob,

Our proposed meet and confer time, 2:00 eastern this afternoon, has come and gone and we have not heard from you.

Please propose a reasonable meet and confer date and time. Otherwise, we will be filing another motion.

Alex

**BURKE LAW OFFICES, LLC**
909 Davis Street, Suite 500
Evanston, IL 60201
(312) 729-5288
ABurke@BurkeLawLLC.com

This message is intended for the named recipients only. It may contain information protected by the attorney-client or work-product privilege. If you have received this email in error, please notify the

sender immediately by replying to this email. Please do not disclose this message to anyone and delete the message and any attachments. Thank you.

---

**From:** Alexander Burke <ABurke@burkelawllc.com>
**Sent:** Tuesday, August 25, 2020 5:22 PM
**To:** Legal Assistant <legalassistant@mavricklaw.com>; Dan Marovitch <dmarovitch@burkelawllc.com>
**Cc:** Peter Mavrick <peter@mavricklaw.com>; Jacob Resnick <jacob@mavricklaw.com>
**Subject:** RE: SERVICE OF COURT DOCUMENTS; MARY BILEK V. SALMAN HUSSAIN, ET AL.; CASE NO: 1:19-CV-07739

Thanks, Jacob.

We'd like to meet and confer about these telephonically. Does Thursday at 2:00 eastern (1:00 central) work?

One item that we have to discuss is that we do not believe Health Choice One is a corporation (or a real company). That's one reason we sued Hussain.

If you have documents or information that suggests otherwise, please disclose them.

Moreover, even if Health Choice One is a real company, it's president – Hussain – certainly has possession, custody, and control over all of its documents, data and information. Regardless of what might happen to our case on the merits against Hussain, there's a duty to produce for Health Choice One.

Alex

**BURKE LAW OFFICES, LLC**
909 Davis Street, Suite 500
Evanston, IL 60201
(312) 729-5288
ABurke@BurkeLawLLC.com

This message is intended for the named recipients only. It may contain information protected by the attorney-client or work-product privilege. If you have received this email in error, please notify the sender immediately by replying to this email. Please do not disclose this message to anyone and delete the message and any attachments. Thank you.

---

**From:** Legal Assistant <legalassistant@mavricklaw.com>
**Sent:** Tuesday, August 25, 2020 5:14 PM
**To:** dmarovitch@burkelawllc.com; aburke@burkelawllc.com
**Cc:** Peter Mavrick <peter@mavricklaw.com>; Jacob Resnick <jacob@mavricklaw.com>; Legal Assistant <legalassistant@mavricklaw.com>
**Subject:** SERVICE OF COURT DOCUMENTS; MARY BILEK V. SALMAN HUSSAIN, ET AL.; CASE NO: 1:19-CV-07739

| | |
|---|---|
| Case Name: | Mary Bilek v. Salman Hussain, et al. |
| Case No.: | 1:19-cv-07739 |
| U.S. District Court: | Northern District of Illinois |

| | |
|---|---|
| Document(s) Served: | 1. Hussain's Answers and Objections to Mary Bilek's First Set of Interrogatories;<br>2. Hussain's Responses and Objections to Mary Bilek's First Request for Production; and<br>3. Hussain's Document Production in response to Mary Bilek's First Request for Production.<br>The document production is available for download via the secure link below. This link will expire in 7 days.<br><br>https://mavricklaw.sharefile.com/d-s6390af6486a46248 |

| | |
|---|---|
| Plaintiff | Mary Bilek |
| Defendants | Salman Hussain and DOES 1-10. |
| | |
| Serving Attorney<br><br>Primary Email: | Jacob M. Resnick Esq.<br><br>jacob@mavricklaw.com |
| | |
| Office Phone: | 954-564-2246 |

Sincerely,

Jeymi Bonilla

Mavrick Law Firm
1620 West Oakland Park Boulevard
Suite 300
Fort Lauderdale, Florida 33311
Telephone: 954-564-2246
E: legalassistant@mavricklaw.com